IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE J. ABNEY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-4435** |
| **v.** | : | |
| | : | |
| **SEPTA** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 4th day of February 2022, upon consideration of Defendant SEPTA's *motion for summary judgment*, [ECF 9], Plaintiff Willie J. Abney's response in opposition thereto, [ECF 11], and Defendant's reply, [ECF 12], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for summary judgment is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Defendant SEPTA and against Plaintiff Willie J. Abney.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*