IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| --------------------------------- | : | CIVIL ACTION No. 20-cv-04435 (NIQA) |
| WILLIE J. ABNEY | : | |
|     Plaintiff | : | |
|  vs. | : | |
| | : | |
| SEPTA | : | |
|     Defendant | : | |

## NOTICE OF APPEAL

TO THE CLERK:

Please take notice that Plaintiff, Willie J. Abney, by and through his undersigned attorney, hereby appeals to the United States Court of Appeals, Third Circuit, the District Court's February 4, 2022 Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's claims against Defendant.

    Respectfully submitted,

    */s/ Olugbenga O. Abiona*
    _____
    Olugbenga O. Abiona, Esquire
    P.O. Box 3326
    Cherry Hill, NJ 08034
    (215) 625-0330
    Attorney for Plaintiff

Dated: February 24, 2022

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Plaintiff's Notice of Appeal was filed with the Court today and is available for viewing and downloading by the Defendant from the Court's ECF system.

/s/ Olugbenga O. Abiona
_____
Olugbenga O. Abiona, Esquire

Dated: February 24, 2022